**Homer English, trustee in bankruptcy, plaintiff in error, v. T. F. Grady, defendant in error.**

Assumpsit to recover the price of corn sold to defendant. Judgment for defendant. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed October 25, 1922.

Livingston & Whitmore, for plaintiff in error. Herrick & Herrick and Costigan & Wollrab, for defendant in error.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

**Town of Windsor, appellant, v. Charles W. Wittenberg, appellee.**

Action to recover a penalty for obstruction of a highway. Verdict and judgment of not guilty. Appeal from the Circuit Court of Shelby county; the Hon. W. B. Wright, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed October 25, 1922. Rehearing denied December 19, 1922.

J. C. Willard and Bryan H. Tivnen, for appellant; Thomas R. Figenbaum, of counsel. E. A. Richardson and Chew & Baker, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

**Marian Myser, by Max Myser, appellee, v. Central Illinois Public Service Company, appellant.**

Action by an infant by her next friend for injuries received when an ornament on a building to which defendant had fastened a guy wire fell and struck her. Judgment for plaintiff. Appeal from the Circuit Court of Douglas county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed October 25, 1922.

Vause & Kiger, for appellant. Perry M. Moore, John H. Chadwick and Perry M. Chadwick, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

---

**Marie L. Hacke, appellant, v. Charles Griffel et al., appellees.**

Assumpsit to recover an amount realized by defendants from the sale of coal underlying lands previously sold to them by plaintiff. Judgment for defendants. Appeal from the Circuit Court of Macoupin county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed October 25, 1922.

Jesse Peebles, for appellant. Thomas Rinaker, for appellees.

Mr. Presiding Justice Niehaus delivered the opinion of the court.